LAW OFFICE OF DATTAN SCOTT DATTAN
D. Scott Dattan
341 West Tudor Road, Suite 103
Anchorage, AK 99503
Phone: (907)276-8008
Fax: (907)278-8571
E-mail: dattan@dattanlaw.com

Attorney for Defendant, Kyle Jay Redpath

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KYLE JAY REDPATH, )<br>)<br>Defendant. )<br>_____) | **NOTICE OF FILING DEFENDANT'S SPEEDY TRIAL WAIVER**<br><br>Case No. 3:21-cr-00031-09-JMK-DMS |

On April 14, 2021, counsel reviewed the Speedy Trial Waiver submitted herewith with Mr. Redpath. After consultation, Mr. Redpath agreed to the waiver and authorized counsel to submit it to the court

Dated this 14th day of April, 2021 at Anchorage, Alaska.

s/ D. Scott Dattan
Attorney for Defendant, Kyle Jay Redpath
341 West Tudor Road, Suite 103
Anchorage, Alaska 99503
Phone: (907)276-8008
E-mail: dattan@dattanlaw.com
Alaska Bar No. 8411111

USA v. REDPATH, KYLE JAY; Case No. 3:21-cr-00031-09-JMK-DMS
Notice of Filing Defendant's Speedy Trial Waiver
Page 1 of 2

Case 3:21-cr-00031-JMK-DMS   Document 51   Filed 04/14/21   Page 1 of 2

**CERTIFICATE OF SERVICE:**

I hereby certify that electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on April 14, 2021.

All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ D. Scott Dattan

USA v. REDPATH, KYLE JAY; Case No. 3:21-cr-00031-09-JMK-DMS
Notice of Filing Defendant's Speedy Trial Waiver
Page 2 of 2

Case 3:21-cr-00031-JMK-DMS   Document 51   Filed 04/14/21   Page 2 of 2