IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE JAY REDPATH,<br><br>Defendant. | Case No. 3:21-cr-00031-JMK<br><br>**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

A plea agreement was filed in this case at Docket 147.[1] Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Deborah M. Smith by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Mr. Redpath entered a guilty plea to Count 2 of the Indictment, which is a violation of 21 U.S.C. §§846 and 841(a)(1), (b)(1)(A), Drug Conspiracy.

Judge Smith issued a Final Report and Recommendation at Docket 161, in which she recommended that the District Court accept the Defendant's plea of guilty to

---

[1] A Sealed Plea Agreement Addendum was filed at Docket 148.

Count 2 of the indictment and admission to the Criminal Forfeiture allegation. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 2, Drug Conspiracy, and Defendant is adjudged GUILTY of Count 2.

The Imposition of Sentence hearing in this matter is confirmed for November 29, 2022, at 9:00 a.m. in Anchorage Courtroom 3.

DATED this 6th day of April, 2022, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge

*United States v. Redpath*     Case No. 3:21-cr-00031-JMK
Order re Final Report and Recommendation     Page 2
Case 3:21-cr-00031-JMK-MMS   Document 231   Filed 04/06/22   Page 2 of 2