S. LANE TUCKER
United States Attorney

CHRISTOPHER D. SCHROEDER
KAREN E. VANDERGAW
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KYLE JAY REDPATH,<br><br>　　　　　Defendant. | No. 3:21-cr-00031-9-RRB-MMS |

**JOINT MOTION TO CONTINUE SENTENCING**

COMES NOW the United States and Defendant Kyle Jay Redpath, both by and through undersigned counsel, and hereby jointly moves to continue the Imposition of Sentence Hearing currently scheduled for February 14, 2023, at 11:00.

The defendant pleaded guilty in August 2021. Following the change of plea, the defendant was moved to FDC SeaTac at his request until sentencing.

On January 11, 2023, the Court scheduled the Imposition of Sentence Hearing for February 14. One week prior to that date, on February 7, the government spoke to the U.S. Marshals Service and learned that the defendant was still at SeaTac and would not be in district until the next transport. The Marshals indicated that this transport might not occur until late March.

Government counsel is scheduled to be in trial during the week of March 20 in *United States v. Carlos Camacho*, 3:21-cr-00031-RRB. Defense counsel is scheduled to be in trial during the week of March 27 in *United States v. Joseph Franks*, No. 3:21-cr-00086-TMB. The parties therefore jointly ask the Court to continue sentencing in this case until sometime during the week of April 3-7.

The parties will notify the Court if the defendant is available at an earlier date.

RESPECTFULLY SUBMITTED February 7, 2023, in Anchorage, Alaska.

          S. LANE TUCKER
          United States Attorney

          *s/ Christopher D. Schroeder*
          CHRISTOPHER D. SCHROEDER
          Assistant U.S. Attorney

          *s/ Karen E. Vandergaw*
          KAREN E. VANDERGAW
          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, a copy of the foregoing was served via the CM/ECF system on:

D. Scott Dattan

*s/ Christopher D. Schroeder*
Office of the U.S. Attorneys