IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | No. 3:21-cr-00031-9-RRB-MMS |
| KYLE JAY REDPATH, | |
| Defendant. | |

**[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE SENTENCING**

After due consideration of the parties' Joint Motion to Continue, the Motion is hereby GRANTED. The Imposition of Sentence Hearing set for February 14, 2023, at 11:00 a.m., is VACATED and RESET for _____, 2023, at _____ before Judge Ralph R. Beistline in Anchorage Courtroom 4.

DATED this \_\_\_\_\_ day of February 2023, in Anchorage, Alaska.

_____
Hon. Ralph R. Beistline, District Judge
UNITED STATES DISTRICT COURT